# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv459

YEVETTE KILENE HUGHES,       )
                                 )
            **Plaintiff,**        )
                                 )
**vs.**                             )       <u>ORDER</u>
                                 )
**MICHAEL J. ASTRUE,**         )
**Commissioner of Social Security,**  )
                                 )
           **Defendant.**       )
                                 )
_____

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Charles Martin as counsel *pro hac vice*.  [Doc. 13].

Preliminarily, it is noted that Plaintiff's brief contains the signatures of two non-admitted attorneys, one of which is attorney Martin.  The motion for admission *pro hac vice* of the other attorney has been filed essentially simultaneously herewith.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 13] is **ALLOWED**, and Charles Martin is hereby granted *pro hac vice* admission to the bar of this Court *nunc pro tunc* to the

filing of this action, payment of the admission fee having been received by the

Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 9, 2010

Martin Reidinger
United States District Judge