**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv459**

| | |
|---|---|
| **YEVETTE KILENE HUGHES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )       <u>ORDER</u> |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

**THIS MATTER** is before the Court on the Plaintiff's motion for admission

of attorney Perrie Naides as counsel *pro hac vice*.  [Doc. 14].

Preliminarily, it is noted that Plaintiff's brief contains the signatures of

two non-admitted attorneys, one of which is attorney Naides.  The motion for

admission *pro hac vice* of the other attorney has been filed essentially

simultaneously herewith.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED**

that Plaintiff's motion [Doc. 14] is **ALLOWED**, and Perrie Naides is hereby

granted *pro hac vice* admission to the bar of this Court *nunc pro tunc* to the

filing of this action, payment of the admission fee having been received by the

Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 9, 2010

Martin Reidinger
United States District Judge